## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| v. | CAUSE NO. 3:23-CR-74-CWR-LGI |
| **VINCENT EDWARD JONES,** | |
| *Defendant.* | |

## ORDER

On December 18, 2025, the Court denied Defendant's second motion to dismiss. Docket No. 43. The parties attended a pretrial conference the following day. The Court invited the parties to consider if/how the Fifth Circuit's recent decision in *United States v. Cockerham*, 162 F.4th 500 (5th Cir. 2025) might require the Court to alter its Order denying Defendant's second motion to dismiss. The parties filed their submissions. Docket Nos. 46 and 47. Having considered the submissions, the Court finds that the analysis and conclusions reached in its prior Order shall remain unaltered.

**SO ORDERED**, this the 28th day of May 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

1